FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 AUG 31 AM 8: 51

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR54-JFB-TDT |
| vs. | ORDER |
| GABRIEL DUANE BASSETTE, | |
| Defendant. | |

This matter came before the Court on the 30th day of August, 2012, on the oral motion of the government for an order requiring Timothy W. Curtis, DHHS Office Manager, COB/TPL Unit, Division of Medicaid and Long-Term Care, 301 Centennial Mall South, 5th Floor, Lincoln, Nebraska, to provide to the United States Probation Office a complete summary of all medical expenses paid on behalf of Katherine N. Levering, SSN xxx-xx-3772, of Winnebago, Nebraska relating to treatment for injuries sustained in an automobile accident on February 6, 2012. It was further requested that the summary include expenses paid for care given at the Mercy Medical Center in Sioux City, Iowa, the Indian Health Services Hospital in Winnebago, Nebraska, and at any medical care facility in Minnesota. The Court finds that said information is reasonably necessary in order to determine the amount of restitution due and owing in the above-referenced matter.

**IT IS HEREBY ORDERED:**

1. That Timothy W. Curtis or his designee shall provide to the United States Probation Office for the District of Nebraska, attention Julie S-Voss, a complete summary of all medical expenses paid on behalf of the aforesaid Katherine N. Levering as a result of injuries sustained in an automobile accident on February 6, 2012. Said records shall include expenses paid to the

Mercy Medical Center in Sioux City, Iowa, the Indian Health Services Hospital in Winnebago, Nebraska, and any medical care facility in Minnesota.

2. That the medical expense summary shall be submitted to the United States Probation Office by no later than September 10, 2012.

Dated this 30 day of August, 2012.

BY THE COURT:

Joseph F. Bataillon
United States District Court Judge